## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jacob Kama Manalo**<br>DOB: 2001; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**25-12102MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(i) and 1324(a)(1)(B)(ii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about September 18, 2025, in the District of Arizona, **Jacob Kama Manalo**, knowing or in reckless disregard that certain illegal aliens had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On or about September 18, 2025, in the District of Arizona (Amado), a Border Patrol Agent K9 unit (BPA K9) was performing free air sniffs in the primary lanes of the Interstate 19 checkpoint located near kilometer post 41 in Amado, Arizona.   At approximately 10:50 a.m., a white 2012 Kia Optima, bearing Arizona license plate PPA45P, with one visible occupant approached their location.   The BPA K9 alerted to the Optima by closing its mouth, lowering its center of gravity, and pulling towards the rear of the vehicle.   As the Optima approached primary, BPAs noticed that the driver, identified as **Jacob Kama Manalo**, disregarded instructions to stop and slowly drove past their position before eventually stopping.   BPAs asked **Manalo** if he was a United States citizen, and he replied "yes".   When asked if there were any drugs in the vehicle, **Manalo** said, "just this marijuana" and showed BPAs a container.   BPAs then instructed **Manalo** to drive to secondary for further inspection and he complied.   In secondary inspection, BPAs asked **Manalo** why he was sent there, and he replied, "because I smoke weed."   BPAs noticed that **Manalo** was unable to maintain eye contact with them and was shaking while they were questioning him.   When asked where he was coming from, **Manalo** replied "Tucson" and then clarified that he was helping a friend with some work and was now heading back to Tucson.   BPAs asked **Manalo** to exit the Optima so that the BPA K9 could conduct a sniff without any visible occupants in the vehicle.   **Manalo** was asked if there was anything else they should know and he stated, "there's someone in the back."   When asked to clarify, **Manalo** said "in the trunk."   The BPA K9 then conducted a secondary sniff of the Optima and once again it showed alert signs near the trunk.   BPAs then opened the trunk and discovered an individual inside covered in a blanket.   BPAs removed the individual and performed an immigration inspection. The individual was determined to be a juvenile and citizen of Mexico illegally present in the United States.   Record checks revealed that the juvenile individual in the trunk did not possess the proper documentation to enter, pass through, or remain in the United States legally. **Manalo** was taken into custody.

After waiving his *Miranda* rights, **Jacob Kama Manalo** stated that he was helping a friend move from Tucson, Arizona to Nogales, Arizona.   He dropped off the furniture that he picked up in Tucson at a residence, but he did not know the address.

**Continued on next page.**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
| | OFFICIAL NAME and TITLE:<br>Jeremy Sykes<br>Border Patrol Agent |
| Sworn by telephone   x | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Maria S. Aguilera* | DATE<br>September 19, 2025 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins

**Continued from front page.**

After unloading the furniture, a random subject came to him while he was sleeping in his car and jumped into the trunk. **Manalo** claims that the random subject did this at the instruction of his friend that he was helping move.   He stated that he knew the subject was Mexican because his friend told him over the phone that he was.   **Manalo** then began to drive back to Tucson with the subject in his trunk.   **Manalo** stated that he did not discuss a payment with his friend.